UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARICEL UNGUREANU,<br><br>                Plaintiff,<br><br>   v.<br><br>ERIC H. HOLDER,<br><br>                Defendant. | Case No. C13-1666-RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff, by counsel, filed a complaint on September 15, 2013. Dkt. 1. Because plaintiff failed to submit proof of service as required by Federal Rule of Civil Procedure 4(l), the Court on, January 22, 2014, directed plaintiff to provide proof of service by **January 29, 2014**, or show cause by that date why the Court should extend the time to serve. Dkt. 3. Plaintiff was also advised that the Court would recommend dismissal if plaintiff failed to respond to the order. *Id.* Because plaintiff has failed to respond to the Court's order, and failed to submit proof of service, despite the passage of more than 120 days since the complaint was filed, the Court recommends the case be **DISMISSED** without prejudice under Rule 4(m).

Objections to this recommendation must be filed no later than **February 13, 2014.** The Clerk should note the matter for **February 14, 2014**, as ready for the District Judge's consideration. Objections shall not exceed seven pages. The failure to timely object may affect

REPORT AND RECOMMENDATION - 1

the right to appeal.

DATED this 30th day of January, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2