UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARICEL UNGUREANU,<br><br>                    Plaintiff,<br><br>     v.<br><br>ERIC H. HOLDER,<br><br>                    Defendant. | Case No. C13-1666-RAJ-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and order:

1.  The Court adopts the Report and Recommendation.

2.  The case is **DISMISSED** without prejudice.

3.  The Clerk shall provide a copy of this Order to plaintiff.

DATED this 28th day of February, 2014.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1